*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY WELKER,**<br><br>                              Petitioner,<br><br>        v.<br><br>**JAMES HARTLEY, Warden,**<br><br>                              Respondent. | Case No. C 08-4551 RMW (PR)<br><br>**[] ORDER** |

   GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until June 1, 2009, to file his Answer to the Petition for Writ of Habeas Corpus.  If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 30 days of his receipt of the Answer.

   IT IS SO ORDERED.

Dated:  3/16/09

_RONALD M. WHYTE_
RONALD M. WHYTE
United States District Judge

1

[] Order No. C 08-4551 RMW (PR)